```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )    NO. CR-10-026-JLQ
            Plaintiff,         )
                               )    ORDER GRANTING MOTION TO
    vs.                        )    MODIFY PRETRIAL RELEASE
                               )    CONDITIONS
RANDY MCREYNOLDS,              )
                               )
            Defendant.         )
                               )
```

BEFORE THE COURT is Defendant's Motion to Modify conditions of release to allow the removal of electronic monitoring equipment. The Defendant makes this request in order to participate in swim therapy. Neither Pretrial Services nor the United States opposes this Motion.

**IT IS ORDERED** that the Motion **(Ct. Rec. 33)** is **GRANTED**. The Defendant's conditions of release are modified to the extent that he no longer shall be subject to electronic monitoring. All other conditions will remain in effect.

**IT IS SO ORDERED**

DATED April 28, 2010.

                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY
PRETRIAL RELEASE CONDITIONS - 1   1