PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 28 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.      Randall D. McReynolds            Docket No.        2:10CR00026-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Shawn Kennicutt, pretrial services officer, presenting an official report upon the conduct of defendant Randall D. McReynolds who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington, on the 18th day of March 2010, under the following conditions:

**Condition # 1:** Defendant shall not commit any offense in violation of Federal, state, or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.

**Condition # 2:** Defendant shall immediately advise the Court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Randy McReynolds is considered in violation of his pretrial release conditions for failing to report to the custody of the Stevens County Jail on December 21, 2010, at 5 p.m. as ordered by the Stevens County Superior Court.

**Violation #2:** Randy McReynolds is considered in violation of his pretrial release conditions by moving from his last reported residence on or about December 21, 2010, without notifying the Court, defense counsel, and the U.S. Attorney in writing.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/28/2010

by   s/Shawn Kennicutt for

Anne Sauther
U.S. Probation Officer

So Ordered December 28, 2010

Justice Quackenbush
U.S. District Judge

PS-8
Re: McReynolds, Randall D.
December 28, 2010
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

12/28/2010
Date