May 04 15 01:35p  Case 2:10-cr-00026-JLQ   Document 149   Filed 05/04/15   p.1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>RANDALL D. MCREYNOLDS | Case No: 2:10CR00026-001<br>USM No: 13113-085<br><br>Andrea K. George<br>*Defendant's Attorney* |

Date of Original Judgment: 10/05/2010
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the motion is:
[ ] DENIED. [✓] GRANTED in part and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **92** months is reduced to **86 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **10/05/2010** shall remain in effect.
IT IS SO ORDERED.

Order Date: May 4, 2015

Effective Date: 11/01/2015
*(if different from order date)*

Judge's signature

The Honorable Justin L. Quackenbush   Senior Judge, U.S. District Court
*Printed name and title*